**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JERIANA PERRIEN and**
**MICHAEL PERRIEN,**

    **Plaintiffs,**

v.                                       **Case No. 8:08-cv-2586-T-30TGW**

**NATIONWIDE MUTUAL FIRE**
**INSURANCE COMPANY,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendant Nationwide Mutual Fire Insurance Company's *Unopposed* Motion in Limine with Incorporated Memorandum of Law (Dkt. 123) and Plaintiffs' *Unopposed* Motion in Limine Regarding Excluding Evidence of Mediation and Stipulated Settlement Agreement (Dkt. 124).

Defendant argues that the parties' *Cunningham* Agreement is inadmissible and irrelevant in this action because the parties have already so stipulated. Defendant also argues that any references to its size, resources, or solvency must be precluded because such references are in no way relevant to the limited question of liability.

Similarly, Plaintiffs argue in their motion in limine that evidence regarding mediation in the underlying tort case and the stipulation entered into between the parties in the underlying tort case should be excluded in this case.

Although the Court disagrees with the underlying premise that the *Cunningham* Agreement and mediation are not relevant to this action, it will grant the motions based on the parties' stipulation.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant Nationwide Mutual Fire Insurance Company's *Unopposed* Motion in Limine with Incorporated Memorandum of Law (Dkt. 123) is hereby GRANTED.

2. Plaintiffs' Unopposed Motion in Limine Regarding Excluding Evidence of Mediation and Stipulated Settlement Agreement (Dkt. 124) is hereby GRANTED.

**DONE** and **ORDERED** in Tampa, Florida on September 10, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-2586.mtlimine.frm