# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JERIANA PERRIEN and
MICHAEL PERRIEN

          Plaintiffs,

v.                                   Case No. 8:08-cv-2586-T-30TGW

NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY

          Defendant.
_____

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Plaintiffs, Jeriana Perrien and Michael Perrien, and against Defendant, Nationwide Mutual Fire Insurance Company.

Date: October 8, 2010                            SHERYL L. LOESCH, CLERK

                                                    By: S. Boswell, Deputy Clerk